**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Globefill Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19 cv 4593 |
| | ) | |
| Stoller Imports, Inc., and Matatena Spirits, S.A. DE C.V. | ) ) | |
| | ) | |
| Defendants. | ) | |

### **PLAINTIFF'S RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff, Globefill Incorporated, states that it has no parent company and no publicly held affiliate as defined by Local Rule 3.2.

Dated: July 8, 2019

Respectfully submitted,

GLOBEFILL INCORPORATED

By: /s/ Leif R. Sigmond, Jr.

Leif R. Sigmond, Jr. (6204980)
Kiley C. Keefe (6320902)
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 416-6200
Facsimile: (312) 416-6201
lsigmond@bakerlaw.com
kkeefe@bakerlaw.com

John H. Weber (DC Bar No. 410691)
*(Pro Hac Vice Application pending)*
BAKER & HOSTETLER LLP
Washington Square
1050 Connecticut Avenue, NW
Suite 1100
Washington, D.C. 20036

Telephone: (202) 861-1526
Facsimile:(202) 861-1783

*Attorneys for Plaintiff*
*Globefill Incorporated*