# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Globefill Incorporated

                      Plaintiff,

v.                                                 Case No.: 1:19–cv–04593
                                                    Honorable Andrea R. Wood

Stoller Imports, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2019:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. The Court notes that although an appearance has not been filed on Defendants' behalf, an attorney Christopher Fahy appeared at today's hearing. Counsel for Plaintiff also appeared. If Defendants have retained counsel, that counsel shall file an appearance on their behalf by 8/5/2019 and appear at the next status hearing. By 8/5/2019, the parties shall meet and confer and file a joint status report that also states the parties' views regarding prospects for settlement and a preliminary injunction schedule. Plaintiff's motion for preliminary injunction [11] is entered and continued to the next status hearing. Status hearing set for 8/8/2019 at 10:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.