UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

Globefill Incorporated
                          Plaintiff,

v.                                                              Case No.: 1:19−cv−04593
                                                             Honorable Andrea R. Wood

Stoller Imports, Inc., et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2019:

      MINUTE entry before the Honorable Sidney I. Schenkier: Telephone status conference regarding settlement held with counsel for all parties. The parties report that they have agreed on all terms of a written settlement agreement, which they expect will be signed by all parties shortly. We therefore terminate the referral. Mailed notice. (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.