# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Globefill Incorporated, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-04593 |
| | ) | |
| Stoller Imports, Inc., and Matatena Spirits, S.A. de C.V. | ) ) | Honorable Andrea R. Wood |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)(a)(ii)

Plaintiff Globefill Incorporated, and Defendants Stoller Imports, Inc. and Matatena Spirits, S.A. de C.V., hereby stipulate and agree, through their respective authorized counsel, that the captioned matter be dismissed without prejudice pursuant to Rule 41(A)(1)(a)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs.

Dated: November 22, 2019

| **GLOBEFILL INCORPORATED** | **STOLLER IMPORTS, INC.** |
|---|---|
| By: /s/ Leif R. Sigmond, Jr. | By: /s/ Christopher J. Fahy |
| Leif R. Sigmond, Jr. (No. 3204980) *(lsigmond@bakerlaw.com)* Kiley C. Keefe (No. 6320902) *(kkeefe@bakerlaw.com)* **BAKER & HOSTETLER LLP** One North Wacker Drive, Suite 4500 Chicago, Illinois 60606-2841 Telephone: (312) 416-6200 | Christopher J. Fahy (No. 6286130) *(Christopher.Fahy@klgates.com)* **K & L GATES, LLP** 70 West Madison Street, Suite 3300 Chicago, Illinois 60602-4207 Telephone: (312-807-4324) |
| John H. Weber (Admitted *Pro Hac Vice*) *(jweber@bakerlaw.com)* Marc A. Antonetti (Admitted *Pro Hac Vice*) *(mantonetti@bakerlaw.com)* **BAKER & HOSTETLER LLP** Washington Square | Stewart Mesher *(Stewart.Mesher@klgates.com)* **K & L GATES, LLP** 2801 Via Fortuna, Suite #350 Austin, Texas 78746 Telephone: (512) 482-6841 *Attorneys for Defendant Stoller Imports, Inc.* |

| | |
|---|---|
| 1050 Connecticut Avenue, NW<br>Suite 1100<br>Washington, D.C. 20036<br>Telephone: (202) 861-1526<br><br>*Attorneys for Plaintiff*<br>*Globefilll Incorporated* | **MATATENA SPIRITS, S.A. DE C.V.**<br><br>By: /s/ Christopher J. Fahy<br><br>Christopher J. Fahy (No. 6286130)<br>*(Christopher.Fahy@klgates.com)*<br>**K & L GATES, LLP**<br>70 West Madison Street, Suite 3300<br>Chicago, Illinois 60602-4207<br>Telephone: (312-807-4324)<br><br>Stewart Mesher<br>(*Stewart.Mesher@klgates.com*)<br>**K & L GATES, LLP**<br>2801 Via Fortuna, Suite #350<br>Austin, Texas 78746<br>Telephone: (512) 482-6841<br><br>*Attorneys for Defendant*<br>*Matatena Spirits, S.A. de C.V.* |

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 22, 2019, the foregoing **STIPULATION OF DISMISSAL PURSUANT TO RULE 41(A)(1)(a)(ii)** was served electronically via the Court's ECF filing system, which caused a copy to be served on all attorneys of record.

/s/ Leif R. Sigmond, Jr.
Leif R. Sigmond, Jr.