| | | |
|---|---|---|
| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Northern Illinois, Eastern Division** on the following

☑ Trademarks or ☐ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>1:19-cv-04593 | DATE FILED<br>7/8/2019 | U.S. DISTRICT COURT<br>Northern Illinois, Eastern Division |
|---|---|---|
| PLAINTIFF<br>Globefill Incorporated | | DEFENDANT<br>Stoller Imports, Inc. et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 see attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

MINUTE entry before the Honorable Andrea R. Wood: The parties having filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) 55 , this case is dismissed without prejudice and with each party to bear its own attorneys' fees and costs. All pending hearing dates and motions are stricken. Civil case terminated.

| CLERK<br>Thomas G. Bruton | (BY) DEPUTY CLERK<br>Paula Harrison | DATE<br>11/26/2019 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,043,730**  
**Registered Oct. 25, 2011**

**Int. Cl.: 33**

**TRADEMARK**  
**PRINCIPAL REGISTER**

GLOBEFILL INCORPORATED (CANADA CORPORATION)
309 ALFRED STREET
KINGSTON, ONTARIO, CANADA K7L3S4

FOR: ALCOHOLIC BEVERAGES, NAMELY, VODKA, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 9-0-2008; IN COMMERCE 9-0-2008.

THE MARK CONSISTS OF A CONFIGURATION OF A BOTTLE IN THE SHAPE OF A SKULL. THE BOTTLE CAP IS SHOWN IN DOTTED LINES AND IS NOT A PART OF THE MARK.

SER. NO. 77-967,530, FILED 3-24-2010.

SARA BENJAMIN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,456,109**
**Registered May 01, 2018**
**Int. Cl.: 33**
**Trademark**
**Principal Register**

MATATENA SPIRITS, S.A. DE C.V. (MEXICO sociedad anonima (sa de cv)) )
Tepeyac #955-a Col. Chapalita
Zapopan, Jalisco, MEXICO 45040

CLASS 33: Distilled Spirits; Mezcal; Distilled blue agave liquor

PRIORITY CLAIMED UNDER SEC. 44(D) ON MEXICO APPLICATION NO. 1691566, FILED 12-11-2015, REG. NO. 1684208, DATED 10-14-2016, EXPIRES 12-11-2025

The mark consists of three-dimensional configuration of packaging, for the goods, that is a crystal bottle with the stylized form of a masked human head that resembles a masked man. Positioned on what is the forehead is the stylized term "MUCHA" above the term "LIGA". Above the term "MUCHA" is a stylized agave plant with three points. On each side of the term "LIGA" is an arrowhead. The broken or dotted lines depicting the neck of the bottle and the mouth or opening of the bottle is not part of the mark and serves only to indicate placement of the mark on the product packaging.

The English translation of the word "mucha" and "liga" in the mark is "a lot" and "league".

SER. NO. 86-851,695, FILED 12-16-2015

Director of the United States
Patent and Trademark Office